AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  SELYA, BRUCE M. | 2. Court or Organization  UNITED STATES COURT OF APPEALS | 3. Date of Report  04/25/2018 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  US CIRCUIT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type)  ☐ Nomination Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017 to 12/31/2017 |
|---|---|---|

**7. Chambers or Office Address**

316 FEDERAL COURTHOUSE
ONE EXCHANGE TERRACE
PROVIDENCE, RI 02903

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ADJUNCT PROFESSOR | BOSTON COLLEGE LAW SCHOOL |
| 2. ADJUNCT PROFESSOR | BOSTON UNIVERSITY LAW SCHOOL |
| 3. CHAIRMAN EMERITUS | BRYANT UNIVERSITY |
| 4. GENERAL PARTNER < INVESTMENT PROPERTY ONLY > | FRIENDSHIP REALTY GROUP (REAL ESTATE GENERAL PARTNERSHIP) |
| 5. CHAIRMAN EMERITUS | LIFESPAN CORPORATION (NON-PROFIT HOLDING COMPANY FOR RHODE ISLAND, MIRIAM, EMMA P BRADLEY & NEWPORT HOSPITALS) |
| 6. TRUSTEE | LIFESPAN OF MASSACHUSETTS (NON-PROFIT HOLDING COMPANY) |
| 7. ADJUNCT PROFESSOR | ROGER WILLIAMS UNIVERSITY SCHOOL OF LAW |
| 8. DIRECTOR | ROGER WILLIAMS UNIVERSITY SCHOOL OF LAW |
| 9. TRUSTEE EMERITUS | RHODE ISLAND HOSPITAL (A NON-PROFIT CORPORATION) |
| 10. CHAIRMAN | RHODE ISLAND STATE - FEDERAL JUDICIAL COUNCIL |
| 11. MEMBER | YDNIC, LLC (REAL ESTATE INVESTMENT SINGLE MEMBER LLC) |
| 12. MEMBER | YDNIC II, LLC (REAL ESTATE INVESTMENT SINGLE MEMBER LLC) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/25/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | BOSTON UNIVERSITY LAW SCHOOL | APRIL 13, 2017 | BOSTON, MA | MOOT COURT | TRANSPORTATION |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/25/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. BANK RHODE ISLAND | MORTGAGE (FRIENDSHIP RLTY GRP-40%) | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/25/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT # 1 (H) | | | | | | | | | |
| 2. AGAWAM HUNT NOTE RECEIVABLE | A | Interest | | | Sold | 12/27/17 | J | A | |
| 3. FRIENDSHIP REALTY 40%, LINCOLN, RI APARTMENT BUILDING | E | Rent | O | W | | | | | |
| 4. MFS: MA INVESTOR TRUST MUTUAL FUND | A | Dividend | K | T | | | | | |
| 5. MET LIFE COMMON STOCK | A | Dividend | J | T | | | | | |
| 6. ORBIS INC COMMON STOCK | A | Dividend | J | W | | | | | |
| 7. SELYA PROPERTIES, LLC 50%, PROVIDENCE, RI RESIDENTIAL CONDO | C | Rent | L | W | | | | | |
| 8. SILVER RESOURCES, INC COMMON STOCK | A | Dividend | J | W | | | | | |
| 9. WASHINGTON TRUST BANCORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 10. YDNIC, LLC REAL ESTATE, PORTSMOUTH, NH | G | Rent | P1 | W | | | | | |
| 11. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 12. BANK OF AMERICA CASH ACCOUNTS | A | Interest | N | T | | | | | |
| 13. BANK RHODE ISLAND CASH ACCOUNTS | A | Interest | M | T | | | | | |
| 14. CAMBRIDGE SAVINGS BANK CASH ACCOUNT | A | Interest | L | T | | | | | |
| 15. RBS CITIZENS CASH ACCOUNT | A | Interest | J | T | | | | | |
| 16. FIDELITY: FIDELITY GOVT CASH RES (FKA DAILY INCOME TR) CASH EQUIV | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. DELAWARE LIFE FIXED RATE ANNUITY | D | Interest | M | T | | | | | |
| 18. PHOENIX MUTUAL LIFE INS CO WHOLE LIFE INSURANCE POLICY | | None | K | T | | | | | |
| 19. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 20. BANK OF AMERICA CASH ACCOUNT | A | Interest | N | T | | | | | |
| 21. BB& T COMPANY CASH ACCOUNT | A | Interest | J | T | | | | | |
| 22. HUNTINGTON NATIONAL CASH ACCOUNT | A | Interest | M | T | | | | | |
| 23. CAP ONE BANK CASH ACCOUNT | A | Interest | M | T | | | | | |
| 24. BANK OF CHINA CASH ACOUNT | A | Interest | M | T | | | | | |
| 25. PAWTUCKET RI BOND MUNI BOND | A | Interest | | | Sold | 02/13/17 | J | A | |
| 26. PUERTO RICO COMM PUB IMPROV BOND MUNI BOND | A | Interest | J | T | | | | | |
| 27. PUERTO RICO ELECTRIC POWER BOND MUNI BOND | B | Interest | K | T | | | | | |
| 28. RHODE ISLAND DEPOSITORS BOND MUNI BOND | A | Interest | J | T | | | | | |
| 29. RI HEALTH & EDUCATIONAL BUILDING CORP MUNI BOND | D | Interest | M | T | Buy (add'l) | 07/05/17 | K | | |
| 30. | | | | | Sold (part) | 04/25/17 | K | A | |
| 31. RI HOUSING & MORTGAGE FINANCE CORP BOND MUNI BOND | D | Interest | N | T | | | | | |
| 32. RI INFRASTR BK BOND MUNI BOND | B | Interest | K | T | | | | | |
| 33. RI PROV PLANTATIONS BOND MUNI BOND | D | Interest | M | T | Buy (add'l) | 04/27/17 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/25/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | | | | | Sold (part) | 07/21/17 | K | A | |
| 35. RHODE ISLAND CLEAN WATER BOND MUNI BOND | D | Interest | N | T | Sold (part) | 05/15/17 | K | A | |
| 36. WARWICK RI BOND MUNI BOND | B | Interest | L | T | | | | | |
| 37. AGILENT TECHNOLOGIES INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 38. BARRICK GOLD CORPORATION COMMON STOCK | A | Dividend | J | T | | | | | |
| 39. BROOKLINE BANCORP INC COMMON STOCK | B | Dividend | L | T | | | | | |
| 40. INTEL CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 41. KEYSIGHT TECHNOLOGIES INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 42. NEWMONT MINING CORP.COMMON STOCK | A | Dividend | K | T | | | | | |
| 43. NTN BUZZTIME INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 44. OPPENHEIMER FUNDS: GOLD AND SPECIAL MINERALS FUND MUTUAL FUND | C | Dividend | L | T | | | | | |
| 45. ROYAL GOLD INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 46. WELLS FARGO & CO COMMON STOCK | A | Dividend | K | T | | | | | |
| 47. WHEATON PRECIOUS METALS (FKA SILVER WHEATON CORP) COMMON STOCK | A | Dividend | K | T | | | | | NAME CHANGE |
| 48. BROKERAGE ACCOUNT # 4 (H) | | | | | | | | | |
| 49. ANADARKO PETRO CO. COMMON STOCK | A | Dividend | | | Donated | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. BLACKROCK: BLACKROCK TREASURY TRUST FUND CASH EQUIV | B | Dividend | M | T | | | | | |
| 51. CENTURYLINK INC COMMON STOCK | A | Dividend | | | Donated | | | | |
| 52. FRONTIER COMMUNICATIONS COMMON STOCK | A | Dividend | J | T | Sold (part) | 12/31/17 | J | A | |
| 53. MFS: MA INVESTORS TRUST MUTUAL FUND | A | Dividend | J | T | | | | | |
| 54. ONE GAS, INC COMMON STOCK | A | Dividend | | | Donated | | | | |
| 55. ONEOK, INC. COMMON STOCK | C | Dividend | | | Donated | | | | |
| 56. PERKINELMER INC. COMMON STOCK | A | Dividend | L | T | | | | | |
| 57. PINNACLE WEST COMMON STOCK | A | Dividend | J | T | | | | | |
| 58. SOUTH AMERICAN MINERALS COMMON STOCK | A | Dividend | J | T | | | | | |
| 59. TEXTRON, INC. COMMON STOCK | A | Dividend | L | T | | | | | |
| 60. UNION PAC CORP COMMON STOCK | C | Dividend | M | T | | | | | |
| 61. VERIZON COMMUNICATIONS COMMON STOCK | A | Dividend | | | Donated | | | | |
| 62. WASHINGTON TRUST COMMON STOCK | A | Dividend | J | T | | | | | |
| 63. BROKERAGE ACCOUNT # 5 (H) | | | | | | | | | |
| 64. 3M CORP. COMMON STOCK | B | Dividend | M | T | | | | | |
| 65. ABILITY, INC. COMMON STOCK | A | Dividend | | | Sold | 10/19/17 | J | A | |
| 66. ADIENT PLC COMMON STOCK | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. ADVANSIX INC COMMON STOCK | A | Dividend | | | Sold | 10/01/17 | J | B | |
| 68. ALLIANCE DATA SYS CORP COMMON STOCK | A | Dividend | M | T | | | | | |
| 69. ALLSTATE CORP. COMMON STOCK | B | Dividend | M | T | | | | | |
| 70. AMERIPRISE FINANCIAL, INC. COMMON STOCK | C | Dividend | M | T | | | | | |
| 71. AMGEN INC. COMMON STOCK | C | Dividend | M | T | | | | | |
| 72. ANALOG DEVICES, INC. COMMON STOCK | C | Dividend | M | T | | | | | |
| 73. ARIZONA ST TRANSN BRD MUNI BOND | D | Interest | M | T | | | | | |
| 74. AT&T INC COMMON STOCK | C | Dividend | L | T | | | | | |
| 75. AUTOMATIC DATA PROCESSING INC. COMMON STOCK | B | Dividend | M | T | | | | | |
| 76. DREYFUS: BNY MELLON NATIONAL ST MUNICIPAL FUND MUTUAL FUND | C | Dividend | N | T | | | | | |
| 77. BRISTOL RI MUNI BOND | B | Interest | L | T | | | | | |
| 78. BRITISH AMERICAN TOBACCO ADR PLC COMMON STOCK | A | Dividend | | | Spinoff (from line 135) | 07/25/17 | K | | |
| 79. | | | | | Sold | 10/01/17 | K | A | |
| 80. CDK GLOBAL INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 81. CAPITAL ONE FINANCIAL CORP COMMON STOCK | B | Dividend | M | T | | | | | |
| 82. CELANESE CORP COMMON STOCK | B | Dividend | M | T | | | | | |
| 83. CHEVRON CORPORATION COMMON STOCK | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. CHUBB CORP. COMMON STOCK | B | Dividend | L | T | | | | | |
| 85. COGNIZANT TECHONOLOGY SOLUTIONS CORP COMMON STOCK | A | Dividend | M | T | | | | | |
| 86. CRA BNY MELLON, N.A. CASH ACCOUNT | C | Interest | O | T | Buy (add'l) | 01/01/17 | P1 | | |
| 87. | | | | | Sold (part) | 12/31/17 | P1 | A | |
| 88. DISTRICT COLUMBIA INC TAX REV MUNI BOND | C | Interest | M | T | | | | | |
| 89. DFA EMERGING MARKETS CORE EQUITY FUNDS MUTUAL FUND | B | Dividend | M | T | Buy | 10/19/17 | M | | |
| 90. DREYFUS BNY MELLON EMRGING MARKETS FUND MUTUAL FUND | B | Dividend | M | T | Buy | 10/17/17 | M | | |
| 91. DREYFUS FUNDS: DREYFUS INTERNATIAL SMALL CAP FUND MUTUAL FUND | C | Dividend | M | T | | | | | |
| 92. DREYFUS NEWTON INTERNATIONAL EQUITY FUND MUTAL FUND | D | Dividend | O | T | Buy | 10/19/17 | O | | |
| 93. EATON CORPORATION PLC COMMON STOCK | C | Dividend | L | T | | | | | |
| 94. ENBRIDGE INC (FKA SPECTRA ENERGY CORPORATION) COMMON STOCK | C | Dividend | | | Sold | 10/17/17 | L | E | NAME CHANGE |
| 95. EXXON MOBIL CORP. COMMON STOCK | C | Dividend | L | T | | | | | |
| 96. FAYETTEVILLE NC PUBLIC WORKS MUNI BOND | C | Interest | M | T | | | | | |
| 97. FLORIDA ST BOARD OF GOVERNORS MUNI BOND | C | Interest | | | Redeemed | 10/01/17 | M | A | |
| 98. FLORIDA ST DEPT OF MGMT SVCS MUNICIPAL BOND | C | Interest | M | T | | | | | |
| 99. FORT WORTH TEX WTR SWR MUNICIPAL BOND | C | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 100. GENERAL ELECTRIC CO. COMMON STOCK | C | Dividend | L | T | | | | | |
| 101. GENUINE PARTS CO. COMMON STOCK | B | Dividend | | | Sold | 10/17/17 | L | E | |
| 102. HARRIS COUNTY TX FLOOD CONTROL MUNICIPAL BOND | C | Interest | M | T | | | | | |
| 103. HAWAII ST MUNICIPAL BOND | C | Interest | M | T | | | | | |
| 104. HOME DEPOT, INC. COMMON STOCK | D | Dividend | N | T | | | | | |
| 105. HONEYWELL INTL INC COMMON STOCK | B | Dividend | M | T | | | | | |
| 106. INDIANAPOLIS IND PUB IMPT MUNI BOND | B | Interest | L | T | | | | | |
| 107. ISHARES MSCI EAFE INDEX FUND | D | Dividend | N | T | | | | | |
| 108. ISHARES TR S&P MIDCAP 400 INDEX FUND | D | Dividend | O | T | | | | | |
| 109. ISHARES TR S&P SMALLCAP 600 INDEX FUND | C | Dividend | O | T | | | | | |
| 110. INTERNATIONAL BUSINESS MACHINES CORPORATION COMMON STOCK | B | Dividend | K | T | | | | | |
| 111. INVESCO LIMITED COMMON STOCK | C | Dividend | M | T | | | | | |
| 112. JOHNSON CONTROLS INTL PLC | B | Dividend | L | T | | | | | |
| 113. JOHNSON & JOHNSON COMMON STOCK | C | Dividend | M | T | | | | | |
| 114. JP MORGAN CHASE & CO COMMON STOCK | C | Dividend | M | T | | | | | |
| 115. MCKESSON CORPORATION COMMON STOCK | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 116. MERCK & CO., INC. COMMON STOCK | C | Dividend | M | T | | | | | |
| 117. MICHIGAN ST TRUNK LINE MUNI BOND | C | Interest | M | T | | | | | |
| 118. MISSOURI ST BOARD OF PUBLIC BUILDING MUNI BOND | C | Interest | | | Redeemed | 01/01/17 | L | A | |
| 119. MICROCHIP TECHNOLOGY, INC. COMMON STOCK | B | Dividend | M | T | | | | | |
| 120. MONDELEZ INTERNATIONAL WI COMMON STOCK | B | Dividend | L | T | | | | | |
| 121. NATIONAL GRID PLC COMMON STOCK | D | Dividend | | | Sold | 10/07/17 | L | D | |
| 122. NEWPORT RI MUNI BOND | B | Interest | L | T | | | | | |
| 123. NEWELL RUBBERMAID INC COMMON STOCK | B | Dividend | K | T | Sold (part) | 10/17/17 | L | E | |
| 124. NEXTERA ENERGY INC COMMON STOCK | C | Dividend | M | T | | | | | |
| 125. NOVARTIS AG COMMON STOCK | C | Dividend | M | T | | | | | |
| 126. OHIO ST MUNI BOND | C | Interest | M | T | | | | | |
| 127. ORACLE CORP. COMMON STOCK | B | Dividend | M | T | | | | | |
| 128. OREGON ST DEPT OF TR MUNI BOND | C | Interest | M | T | | | | | |
| 129. PEPSICO INC. COMMON STOCK | D | Dividend | M | T | | | | | |
| 130. PFIZER, INC. COMMON STOCK | D | Dividend | M | T | Sold (part) | 10/19/17 | M | F | |
| 131. PHILIP MORRIS INTERNATIONAL, INC. COMMON STOCK | D | Dividend | M | T | | | | | |
| 132. PRAXIR INC. COMMON STOCK | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 133. PURDUE UNIV IND REVS BOND | B | Interest | L | T | | | | | |
| 134. QUALCOMM, INC. COMMON STOCK | C | Dividend | L | T | | | | | |
| 135. REYNOLDS AMERICA, INC. COMMON STOCK | B | Dividend | | | Sold | 06/12/17 | L | E | |
| 136. RI CLEAN WATER MUNICIPAL BOND | C | Interest | L | T | | | | | |
| 137. RI ST & PROV PLANTATIONS MUNICIPAL BOND | C | Interest | L | T | | | | | |
| 138. S & P GLOBAL INC. (FKA MCGRAW HILL COMPANIES, INC.) COMMON STOCK | B | Dividend | M | T | | | | | |
| 139. SCHLUMBERGER, LTD. COMMON STOCK | B | Dividend | | | Sold | 10/19/17 | L | A | |
| 140. SEAGATE TECHNOLOGY COMMON STOCK | D | Dividend | L | T | | | | | |
| 141. SIMON PROPERTY GROUP, INC. REIT COMMON STOCK | C | Dividend | M | T | | | | | |
| 142. SOUTH CAROLINA ST PUB MUNICIPAL BOND | B | Interest | | | Redeemed | 10/01/17 | M | A | |
| 143. THE PROCTER & GAMBLE CO. COMMON STOCK | B | Dividend | | | Sold | 10/17/17 | L | E | |
| 144. THE WALT DISNEY CO. COMMON STOCK | C | Dividend | M | T | Sold (part) | 10/17/17 | M | F | |
| 145. ULTIMATE SOFTWARE GROUP COMMON STOCK | A | Dividend | M | T | | | | | |
| 146. UNITED TECHNOLOGIES CORP COMMON STOCK | B | Dividend | M | T | | | | | |
| 147. UTAH STATE UNIVERSITY BOND | C | Interest | M | T | | | | | |
| 148. VALERO ENERGY CORP COMMON STOCK | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 149. WASHINGTON CHRT TWP MI BOND MUNICIPAL BOND | C | Interest | M | T | | | | | |
| 150. WILLIAMS COS, INC. COMMON STOCK | B | Dividend | L | T | | | | | |
| 151. XL GROUP PLC COMMON STOCK | B | Dividend | L | T | | | | | |
| 152. BROKERAGE ACCOUNT # 6 (H) | | | | | | | | | |
| 153. CITIBANK NA CASH ACCOUNT | A | Interest | J | T | | | | | |
| 154. NUVEEN FUNDS: NUVEEN INTERM DURATION MUN BOND MUTUAL FUND | B | Dividend | M | T | | | | | |
| 155. BROKERAGE ACCOUNT # 7 (H) | | | | | | | | | |
| 156. ABILITY INC. COMMON SOCK | A | Dividend | J | T | | | | | |
| 157. BANK OF AMERICA CASH ACCOUNT | A | Interest | J | T | | | | | |
| 158. BANK OF AMERICA CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 159. ML BANK DEPOSIT PROGRAM CASH ACCOUNT | A | Interest | | | Closed | 12/31/17 | J | | |
| 160. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 04/25/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ BRUCE M. SELYA**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544